PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MC-00023-KJM-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $305,120.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant David P. Braut ("claimant"), by and through their respective counsel, as follows:

    1.    The parties seek to extend this matter from June 10, 2016 to September 9, 2016, to coordinate the claimant's companion criminal matter in Nevada County Superior Court. A preliminary hearing on marijuana possession charges is currently scheduled for June 9, 2016. If the judge assigned to that criminal case determines that the State has met their burden of proof, the claimant will be arraigned on criminal charges with factual overlap to this forfeiture case.

    2.    On or about December 18, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $305,120.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about July 7, 2014.

1

Stipulation and Order to Extend Time

3. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

4. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 18, 2015.

5. By Stipulation and Order filed March 17, 2015, the parties stipulated to extend to May 18, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 14, 2015, the parties stipulated to extend to July 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed July 13, 2015, the parties stipulated to extend to October 15, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed September 28, 2015, the parties stipulated to extend to December 14, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 15, 2015, the parties stipulated to extend to February 12, 2016, the time in which the United States is required to file a civil complaint for forfeiture

1  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
2  subject to forfeiture.

3      10.    By Stipulation and Order filed February 18, 2016, the parties stipulated to extend to April
4  12, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the
5  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
6  forfeiture.

7      11.    By Stipulation and Order filed April 13, 2016, the parties stipulated to extend to June 10,
8  2016, the time in which the United States is required to file a civil complaint for forfeiture against the
9  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
10 forfeiture.

11     12.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
12 to September 9, 2016, the time in which the United States is required to file a civil complaint for
13 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
14 currency is subject to forfeiture.

15     13.    Accordingly, the parties agree that the deadline by which the United States shall be
16 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
17 alleging that the defendant currency is subject to forfeiture shall be extended to September 9, 2016.

18 Dated: 6/8/16

    PHILLIP A. TALBERT
    Acting United States Attorney

    By:    /s/ Kevin C. Khasigian
           KEVIN C. KHASIGIAN
           Assistant U.S. Attorney

22 Dated: 6/8/16

    /s/ Stephen A. Munkelt
    STEPHEN A. MUNKELT
    Attorney for claimant David P. Braut

    (Authorized by email)

25 /////
26 /////
27 /////
28 /////

Stipulation and Order to Extend Time

1  This is the parties' eighth stipulation to extend the deadline. While the court approves the
2  stipulation, a future stipulated extension must be accompanied by a clear showing of good cause
3  supported by a specific statement of reasons.
4  **IT IS SO ORDERED**.
5  Dated: June 9, 2016

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time