PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MC-00023-KJM-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $305,120.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant David P. Braut ("claimant"), by and through their respective counsel, as follows:

1. The parties seek to extend this matter from September 9, 2016 to November 8, 2016, to coordinate and resolve the claimant's companion criminal case in Nevada County Superior Court. The facts underlying this forfeiture action are closely related to those involved in the state criminal case. On June 9, 2016, a Nevada County Superior Court Judge found that the government had met its burden to criminally charge the claimant with violating state drug laws. The claimant was arraigned and subsequently pleaded guilty to one felony count of California Health & Safety Code § 11366, maintaining a place for production or consumption of illegal drugs. The claimant is scheduled to be sentenced on October 3, 2016. Following sentencing, the United States and claimant do not anticipate

seeking additional extensions of time given the resolution of the companion criminal case. Thus, the parties request that the deadlines in this case be extended a final time for sixty days so the claimant may conclude his state criminal case.

2. On or about December 18, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $305,120.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about July 7, 2014.

3. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

4. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 18, 2015.

5. By Stipulation and Order filed March 17, 2015, the parties stipulated to extend to May 18, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 14, 2015, the parties stipulated to extend to July 17, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed July 13, 2015, the parties stipulated to extend to October 15, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed September 28, 2015, the parties stipulated to extend to December 14, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 15, 2015, the parties stipulated to extend to February 12, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed February 18, 2016, the parties stipulated to extend to April 12, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed April 13, 2016, the parties stipulated to extend to June 10, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed June 10, 2016, the parties stipulated to extend to September 9, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 8, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. Accordingly, the parties agree that the deadline by which the United States shall be

///

///

///

Stipulation and Order to Extend Time

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 8, 2016.

Dated: 9/7/16                                      PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                        By:        /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

Dated: 9/6/16                                      /s/ Stephen A. Munkelt
                                                   STEPHEN A. MUNKELT
                                                   Attorney for claimant David P. Braut

                                                   (Authorized by email)

## ORDER

This is the parties' ninth stipulation to extend the deadline. In light of the claimant's upcoming sentencing on October 3, 2016 in the companion criminal case in Nevada County Superior Court, the court finds good cause exists to approve this stipulation. Accordingly, the deadline by which the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture is EXTENDED to November 8, 2016. However, the court considers this deadline to be firm and will not grant any future extensions absent extraordinary circumstances.

**IT IS SO ORDERED**.

Dated: September 8, 2016.

_____
UNITED STATES DISTRICT JUDGE